# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Teresa Gallop, | Civ. No. 24-1357 (JWB/DTS) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Michael Segal, *Warden*, | |
| Respondent. | |

United States Magistrate Judge David T. Schultz issued a Report and Recommendation ("R&R") on May 14, 2024. (Doc. No. 5.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings, **IT IS HEREBY ORDERED** that:

1. The May 14, 2024 Report and Recommendation (Doc. No. 5) is **ACCEPTED**; and

2. Petitioner Teresa Gallop's Petition (Doc. No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: June 11, 2024    *s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge